**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ ____________ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ____________ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Juana I Padin JOINT DEBTOR: ____________ CASE NO.: ____________
Last Four Digits of SS# 3924 Last Four Digits of SS# ____________

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 36 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $ 1667 for months 1 to 36 ;
B. $______ for months ______ to ______;
C. $______ for months ______ to ______; in order to pay the following creditors:

FLD'16 09 08 AM11 43 USBCSDF-MIA

Administrative: Attorney's Fee - $__________ TOTAL PAID $ __________
Balance Due $__________ payable $______/month (Months ____ to ____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Rushmore Loan Mgmt Srvcs Arrearage on Petition Date $ 54,698.81
Address: P O Box 52708 Irvine, CA 92619 Arrears Payment $ 1551.00 /month (Months 1 to 36 )
Regular Payment $ 1381.00 /month (Months ______ to ______)
Account No: ____________

2. ____________ Arrearage on Petition Date $__________
Address: ____________ Arrears Payment $______/month (Months ______ to ______)
Regular Payment $______/month (Months ______ to ______)
Account No: ____________

3. ____________ Arrearage on Petition Date $__________
Address: ____________ Arrears Payment $______/month (Months ______ to ______)
Regular Payment $______/month (Months ______ to ______)
Account No: ____________

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| | $ | % | $ | ______ To ______ | |
| | $ | % | $ | ______ To ______ | |
| | $ | % | $ | ______ To ______ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. ____________ Total Due $________
Payable $________/month (Months____to ____) Regular Payment $________
2. ____________ Total Due $________
Payable $________/month (Months____to ____) Regular Payment $________

Unsecured Creditors: Pay $__________/month (Months______to ______).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtor ____________ Joint Debtor ____________
Date: 9/7/16 Date: ____________